## VERIFICATION

I, David Michael Bishop, do hereby declare, state, and verify under penalty of perjury that I am over eighteen years of age; that I have personal knowledge of the facts of the pleading filed simultaneously with this verification and my additional declaration; that I have carefully read this verified complaint; and that the facts contained therein are verified and declared true and correct to the best of my knowledge.

Dated this 19th day of May, 2022.

_____
David Michael Bishop