I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in Salt Lake County, State of Utah , on the 19 day of May, 2022.

_____
David Michael Bishop