# Key Bank







# Wells Fargo







# Zions Bank





