Daniel E. Witte (UT 8576)
Pearson Butler & Carson PLLC
1802 W. South Jordan Pkwy, Suite 200
South Jordan, Utah 84095
Telephone: (801) 495-4104
Fax: (801) 254-9427
Email: dan@pearsonbutler.com
*Attorney for Petitioner*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| SLIM VENTURES,  Petitioner,  v.  UNITED STATES, INTERNAL REVENUE SERVICE, and TIMOTHY BAUER, Internal Revenue Agent (ID #0324589), in his Official Capacity,  Respondents. | **PROPOSED ORDER TO QUASH SUMMONS**  Civil No. |
|---|---|

Petitioner Slim Ventures ("Slim" or "Petitioner") filed a Petition to Quash Summons and related filings. After considering the petition filed, and all related filings and information presented from all relevant parties, it is hereby ordered by this Court that the challenged Summons is quashed in its entirety for the reasons set forth in Petitioner's filings.

Signed this ___ day of _____, 2022.

BY THE COURT

_____
Judge Name
United States District Judge